AARON COLBY (State Bar No. 247339)
aaron@colbylegal.com
ZOE YUZNA (State Bar No. 268496)
zoe@colbylegal.com
**COLBY LAW FIRM, PC**
13263 Ventura Boulevard, Suite 203
Studio City, California 91604
Telephone:  (818) 253-1599
Fax:  (818) 475-1981

Attorneys for Plaintiff
EDUARDO LEON

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO LEON an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a corporation,<br><br>　　　　　Defendant. | Case No. 2:22−cv−03910 JFW (Ex)<br><br>**ORDER OF DISMISSAL**<br><br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Hon. Charles F. Eick<br><br>Complaint Filed:　June 8, 2022<br>Trial Date:　　　　June 27, 2023 |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), IT IS SO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: March 22, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE